PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Christopher Guzman  
Cr.: 11CR01-SDW  
PACTS #: 37620

Name of Sentencing Judicial Officer: Honorable Timothy J. Corrigan, Middle District of Florida

Name of Newly Assigned Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: 04/21/04

Original Offense: Possession with Intent to Distribute More Than 1 Kilogram of Heroin

Original Sentence: 57 months incarceration followed by three years supervised release. $100 special assessment imposed. Special condition: Drug testing and treatment.

Type of Supervision: Supervised Release           Date Supervision Commenced: 01/04/08

## SUMMARY

**U.S. Probation Officer Action:**

A warrant was issued on 01/03/11 in the Middle District of Florida due to the offender's continued drug use and lack of involvement in a drug treatment program. On the same date, jurisdiction was transferred to Your Honor. On 01/04/11, Guzman received a substance abuse evaluation and was enrolled in an intensive drug treatment program. As he is now compliant with probation's directives, we respectfully request that the warrant issued on 01/03/11 be rescinded.

Respectfully submitted,  
By: Adriana Garcia  
U.S. Probation Officer  
Date: 01/06/11

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision  
[ ] Submit a Request for Warrant or Summons  
[X] Other: **Rescind warrant issued on 01/03/11.**

Signature of Judicial Officer  
Date 1/6/11