PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Christopher Lee Guzman      **Docket Number:** 2:11-cr-01(SDW)
    **PACTS Number:** 37620

**Name of Sentencing Judicial Officer:** Honorable Timothy J. Corrigan, United States District Judge
    Middle District of Florida

**Name of Newly Assigned Judicial Officer:** Honorable Susan D. Wigenton, United States District Judge

**Date of Original Sentence:** April 22, 2004

**Original Offense:** Possession with Intent to Distribute 1 Kilogram of More of Heroin

**Original Sentence:** 57 months imprisonment followed by 3 years supervised release. $100 special assessment. Special condition: drug testing and treatment.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 01/04/08

**Assistant U.S. Attorney:** To be assigned, 970 Broad Street, Room 502 Newark, New Jersey 07102
(973) 645-2700

**Defense Attorney:** To be assigned, 1002 Broad Street, Newark, New Jersey 07102
(973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the special supervision condition which states '**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.**' |

PROB 12C - Page 2
Christopher Lee Guzman

On July 1, 2010, Guzman submitted a urine specimen (# B01678204) which was confirmed by the National Testing Lab as positive for marijuana.

2. The offender has violated the special supervision condition which states '**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.**'

On November 19, 2010, December 1, 2010, and December 23, 2010, Guzman provided urine specimens, (specimen #B00636226 specimen #B00636222, and specimen #B00636213, respectively) which were confirmed by the National Testing Lab as positive for cocaine.

I declare under penalty of perjury that the foregoing is true and correct.

By: _____
U.S. Probation Officer
Date: 1/24/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

January 28, 2011
Date