UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :

      Plaintiff,                          Criminal No. 11-01-01

   v.                          :

CHRISTOPHER GUZMAN                                **O R D E R**

      Defendant.             :

It is on this 7th day of April, 2011,

ORDERED that an arrest warrant be issued as to dft CHRISTOPHER GUZMAN for failure to appear for a hearing on a Violation of Supervised Release on April 7, 2011.

_____
SUSAN D. WIGENTON
United States District Judge